**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|             ) | |
|     Plaintiff,      ) | |
|             ) | No. 4:25-cr-00165-SEP |
| v.      ) | |
|             ) | |
| ANTONIO HARRIS, SR.,      ) | |
|             ) | |
|     Defendant.      ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant's Motion to Suppress Evidence, Doc. [120], which was referred to United States Magistrate Judge John M. Bodenhausen for review pursuant to 28 U.S.C. § 636(b).  Having considered Judge Bodenhausen's Report and Recommendation in light of the parties' briefing, Docs. [120], [140], and [148], and noting the absence of any objection to the R&R,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen, Doc. [148], filed June 1, 2026, be and hereby is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence, Doc. [120], is **DENIED**.

**IT IS FINALLY ORDERED** that this matter remains set for trial Monday, July 20, 2026, at 9:00 AM.

Dated this 1st day of July, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE